JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　　Plaintiff<br><br>　vs.<br><br>MONTECITO PEAK INVESTMENTS, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-05434-JAK<br><br>**ORDER RE NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) (DKT. 18)** |

Based on a review of the Notice of Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (the "Notice" (Dkt. 18)), sufficient good cause has been shown for the requested relief. Therefore, the Notice is **GRANTED**. The entire action is dismissed with prejudice. Each party shall bear its own costs and attorney's fees. The Order to Show Cause Re Dismissal (the "OSC" (Dkt. 17)) is **DISCHARGED**; the November 2, 2020 hearing on the OSC is **VACATED** and no appearance by counsel is necessary.

**IT IS SO ORDERED.**

Dated: October 27, 2020

John A. Kronstadt
United States District Judge